# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756–1 | User: ldavis | Date Created: 2/18/2014 |
| Case: 14–00827–JMC–7 | Form ID: b9a | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Andrew Michael Duncan | 1929 Founders Drive | Greenfield, IN 46140 |
| ust | U.S. Trustee | 101 W. Ohio St.. Ste. 1000 | Indianapolis, IN 46204 |
| tr | Gregory S. Fehribach | Office of Gregory S. Fehribach    50 S Meridian St Ste 700 | Indianapolis, IN 46204–3530 |
| aty | Christopher L. Isom | Brand &Morelock    6 West South Street | Greenfield, IN 46140 |
| 12669871 | Caleb Seth Scott Ellis | 98 Gregory Drive | Pendleton, IN 46064 |
| 12669872 | City of Ingalls Fire Dept | P.O. Box 277 | Ingalls, IN 46048–0277 |
| 12669873 | Claims Resource Service | 603 Campbell Technology Parkway | Campbell, CA 95008–5059 |
| 12669874 | Cody D. Hurley | 9084 South 760 West | Pendleton, IN 46064 |
| 12669875 | Collection Associates | 1809 N Broadway St | Greensburg, IN 47240 |
| 12669876 | Convergent Outsourcing, Inc. | 10750 Hammerly Blvd #200 | Houston, TX 77043 |
| 12669877 | Credit Collection Services | P.O.Box 55126 | Boston, MA 02205–5126 |
| 12669878 | Dalton S. Moore | 9241 South Tomahawk Trial | Markleville, IN 46056 |
| 12669879 | East Washington Gental Dentist | 9702 East Washington Street    Suite 200 | Indianapolis, IN 46229 |
| 12669880 | Eastside Endodontics, Inc. | 135 North Shortridge Road    Suite B–3 | Indianapolis, IN 46219 |
| 12669881 | First Merchants Bank N | Po Box 792 | Muncie, IN 47308 |
| 12669882 | Hancock Physician Network, LLC | P.O.Box 129 | Greenfield, IN 46140 |
| 12669883 | Hancock Regional Hospital | P.O. Box 20830 | Indianapolis, IN 46220–0830 |
| 12669885 | IMC Credit Services | P.O.Box 20636 | Indianapolis, IN 46220–0636 |
| 12669884 | Imc Credit Services | 6955 Hillsdale Ct | Indianapolis, IN 46250 |
| 12669886 | Indiana Physician Management – Hancock L | 4685 Reliable Parkway | Chicago, IL 60686–0046 |
| 12669887 | Irving Radialogist | 7205 Shadeland Station    Suite 150 | Indianapolis, IN 46256 |
| 12669888 | Kenneth James Clark | 6432 Parliment Court | Pendleton, IN 46064 |
| 12669889 | Key Bridge | 2348 Baton Rouge | Lima, OH 45805 |
| 12669890 | Portfolio Recovery Ass | 120 Corporate Blvd Ste 1 | Norfolk, VA 23502 |
| 12669891 | Providers Spec Svcs | Po Box 1132 | Anderson, IN 46015 |
| 12669892 | Town of Pendleton | P.O. Box 358 | Pendleton, IN 46064 |
| 12669893 | West End Bank Sb | 34 S 7th St | Richmond, IN 47374 |

TOTAL: 27