```
                              United States Bankruptcy Court
                               Southern District of Indiana
In re:                                                                     Case No. 14-00827-JMC
Andrew Michael Duncan                                                      Chapter 7
        Debtor               CERTIFICATE OF NOTICE
District/off: 0756-1           User: ldavis                 Page 1 of 2                 Date Rcvd: Feb 18, 2014
                               Form ID: b9a                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2014.
db         +Andrew Michael Duncan,    1929 Founders Drive,    Greenfield, IN 46140-2924
tr         +Gregory S. Fehribach,    Office of Gregory S. Fehribach,    50 S Meridian St Ste 700,
             Indianapolis, IN 46204-3542
12669875  ++COLLECTION ASSOCIATES LLC,    PO BOX 349,   GREENSBURG IN 47240-0349
            (address filed with court:  Collection Associates,    1809 N Broadway St,    Greensburg, IN 47240)
12669871   +Caleb Seth Scott Ellis,    98 Gregory Drive,    Pendleton, IN 46064-8953
12669872    City of Ingalls Fire Dept,    P.O. Box 277,    Ingalls, IN 46048-0277
12669873   +Claims Resource Service,    603 Campbell Technology Parkway,    Campbell, CA 95008-5090
12669874   +Cody D. Hurley,    9084 South 760 West,    Pendleton, IN 46064-9795
12669878   +Dalton S. Moore,    9241 South Tomahawk Trial,    Markleville, IN 46056-9797
12669879   +East Washington Gental Dentist,    9702 East Washington Street,    Suite 200,
             Indianapolis, IN 46229-3631
12669880   +Eastside Endodontics, Inc.,    135 North Shortridge Road,    Suite B-3,
             Indianapolis, IN 46219-8905
12669881   +First Merchants Bank N,    Po Box 792,    Muncie, IN 47308-0792
12669882   +Hancock Physician Network, LLC,    P.O.Box 129,    Greenfield, IN 46140-0129
12669883    Hancock Regional Hospital,    P.O. Box 20830,    Indianapolis, IN 46220-0830
12669885    IMC Credit Services,    P.O.Box 20636,    Indianapolis, IN 46220-0636
12669884   +Imc Credit Services,    6955 Hillsdale Ct,    Indianapolis, IN 46250-2054
12669886    Indiana Physician Management - Hancock L,    4685 Reliable Parkway,    Chicago, IL 60686-0046
12669887   +Irving Radialogist,    7205 Shadeland Station,    Suite 150,    Indianapolis, IN 46256-3918
12669888   +Kenneth James Clark,    6432 Parliment Court,    Pendleton, IN 46064-8525
12669891   +Providers Spec Svcs,    Po Box 1132,    Anderson, IN 46015-1132
12669892   +Town of Pendleton,    P.O. Box 358,    Pendleton, IN 46064-0358
12669893   +West End Bank Sb,    34 S 7th St,    Richmond, IN 47374-5424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: cisom@bdemlawfirm.com Feb 18 2014 23:38:39     Christopher L. Isom,
             Brand & Morelock,    6 West South Street,    Greenfield, IN  46140
ust        +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Feb 18 2014 23:39:04     U.S. Trustee,
             101 W. Ohio St.. Ste. 1000,    Indianapolis, IN 46204-1982
12669876   +EDI: CONVERGENT.COM Feb 18 2014 23:28:00      Convergent Outsourcing, Inc.,
             10750 Hammerly Blvd #200,    Houston, TX 77043-2317
12669877    EDI: CCS.COM Feb 18 2014 23:28:00      Credit Collection Services,    P.O.Box 55126,
             Boston, MA 02205-5126
12669889   +E-mail/Text: processing@keybridgemed.com Feb 18 2014 23:39:28      Key Bridge,    2348 Baton Rouge,
             Lima, OH 45805-1167
12669890   +EDI: PRA.COM Feb 18 2014 23:28:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4962
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2014 at the address(es) listed below:
          Christopher L. Isom   on behalf of Debtor Andrew Michael Duncan cisom@bdemlawfirm.com,
            ajones@bdemlawfirm.com
          Gregory S. Fehribach    mjurkiewicz@thefehribachgroup.com,
            gf@trustesolutions.com;mbfehribach@thefehribachgroup.com;GF@trustesolutions.net
          U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
```

```
District/off: 0756-1          User: ldavis                Page 2 of 2            Date Rcvd: Feb 18, 2014
                              Form ID: b9a                Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 3

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case)     Case Number **14−00827−JMC−7**

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines

A chapter 7 bankruptcy case concerning the debtor listed below was filed on February 13, 2014.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

## Creditors – Do not include this notice with any document filed with the Court.
### See Reverse Side for Important Explanations.

Debtor (name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address):
Andrew Michael Duncan
1929 Founders Drive
Greenfield, IN 46140

| Case Number: | Social Security Number(s): |
|---|---|
| **14−00827−JMC−7** | xxx−xx−8068 |

| Attorney for debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Christopher L. Isom<br>Brand & Morelock<br>6 West South Street<br>Greenfield, IN 46140<br>Telephone number: 317−462−7787 | Gregory S. Fehribach<br>Office of Gregory S. Fehribach<br>50 S Meridian St Ste 700<br>Indianapolis, IN 46204−3530<br>Telephone number: 317−638−2400 |

## Meeting of Creditors
Date:     **March 11, 2014**                    Time: **03:30 PM EDT**
Location: **Rm. 416A U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Discharge or Determine Dischargeability of Debt:
May 12, 2014

### Deadline to Object to Exemptions:
The deadline expires **30 days** after the *conclusion* of the meeting of creditors **or** within **30 days** of any amendment to the list or supplemental schedules unless as otherwise provided under Fed.R.Bankr.P. 1019(2) for converted cases.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Southern District of Indiana<br>46 E. Ohio St., Rm. 116<br>Indianapolis, IN 46204<br>Telephone number: 317−229−3800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kevin P. Dempsey |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM ET | February 18, 2014 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any document filed with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any corresponsdence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or http://pacer.insb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**