UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANDREW MICHAEL DUNCAN, ) | CASE NO. 14-00827-JMC A |
| ) | |
| Debtor(s). ) | |

### TRUSTEE'S REPORT OF POSSIBLE ASSETS AND NOTICE OF PROPOSED ABANDONMENT

Gregory S. Fehribach, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Fed.R.Bankr.P.3002(c)(5).

A complete inventory of the property of the Debtor(s) is listed on the attached Form 1.

The Trustee also requests that the Clerk give notice pursuant to Fed.R.Bankr.P.6007(a) that the property listed on the attached Form 1 is to be abandoned as exempt, burdensome, over-encumbered, of inconsequential value to the estate, or otherwise not suitable for administration, with the exception of Asset No. 6, 2013 Tax Refund, which the Trustee will administer for the benefit of creditors herein.

DATED: March 12, 2014

/s/ Gregory S. Fehribach
Gregory S. Fehribach
50 S. Meridian St., #700
Indianapolis, IN 46204
(317) 638-2400
gfehribach@thefehribachgroup.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2014, a copy of the Trustee's Report of Possible Assets and Notice of Proposed Abandonment was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the court's system.

United States Trustee
ustpregion10.in.ecf@usdoj.gov

Christopher L. Isom
CISOM@BDEMLAWFIRM.COM

      I further certify that on March 12, 2014, a copy of the Trustee's Report of Possible Assets and Notice of Proposed Abandonment was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

                                                /s/ Gregory S. Fehribach
                                                  Gregory S. Fehribach

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 14-00827-JMC | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | Date Filed (f) or Converted (c): | 02/13/2014 (f) |
| For the Period Ending: | 3/12/2014 | §341(a) Meeting Date: | 03/11/2014 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Debtor's Normal Average Cash On Hand | $20.00 | $0.00 | | $0.00 | FA |
| 2 | Debtor's Checking/Savings Acct#: xx6 150 Family Horizons Credit Union 216 West Muskegon Drive Greenfield, IN 46140 | $376.22 | $46.22 | | $0.00 | FA |
| 3 | Debtor's Used Household Items, including but not limited to, the following: Bed, Dresser, TV, Night Stand and TV Stand | $60.00 | $0.00 | | $0.00 | FA |
| 4 | Debtor's Clothing | $75.00 | $0.00 | | $0.00 | FA |
| 5 | Debtor's Used 2003 Chevrolet Silverado 2500 HD Pickup with 183,247 miles, includes: Air conditioning, power windows/locks/seats, stereo/cd, cruise control, tilt wheel, 4x4 and airbags | $13,700.00 | $0.00 | | $0.00 | FA |
| 6 | 2013 Tax Refund     (u) | $0.00 | $2,000.00 | | $0.00 | $2,000.00 |

TOTALS (Excluding unknown value)

|  | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| $14,231.22 | $2,046.22 | | | $0.00 | $2,000.00 |

**Major Activities affecting case closing:**
   03/12/2014    Awaiting receipt of 2013 tax refund

Initial Projected Date Of Final Report (TFR):    02/13/2015
Current Projected Date Of Final Report (TFR):

GREGORY S. FEHRIBACH