UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Andrew Michael Duncan**,  Case No. **14–00827–JMC–7A**
    Debtor(s).

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on March 12, 2014, by Trustee Gregory S. Fehribach.

NOTICE IS GIVEN that all scheduled assets will be abandoned from the estate **except** 2013 Tax Refund. Any objection to the proposed abandonment of property must be filed with the Court by March 26, 2014. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after March 26, 2014.

NOTICE IS FURTHER GIVEN that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by June 12, 2014 in order to share in any distribution from the estate.** Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  March 12, 2014                                            Kevin P. Dempsey
                                                                               Clerk, U.S. Bankruptcy Court