# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−1 | User: jdworkman | Date Created: 3/12/2014 |
| Case: 14−00827−JMC−7A | Form ID: SF07043 | Total: 26 |

**Recipients of Notice of Electronic Filing:**
tr          Gregory S. Fehribach          mjurkiewicz@thefehribachgroup.com
aty        Christopher L. Isom            cisom@bdemlawfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db              Andrew Michael Duncan          1929 Founders Drive          Greenfield, IN 46140
12669871     Caleb Seth Scott Ellis          98 Gregory Drive          Pendleton, IN 46064
12669872     City of Ingalls Fire Dept          P.O. Box 277          Ingalls, IN 46048−0277
12669873     Claims Resource Service          603 Campbell Technology Parkway          Campbell, CA 95008−5059
12669874     Cody D. Hurley          9084 South 760 West          Pendleton, IN 46064
12669875     Collection Associates          1809 N Broadway St          Greensburg, IN 47240
12669876     Convergent Outsourcing, Inc.          10750 Hammerly Blvd #200          Houston, TX 77043
12669877     Credit Collection Services          P.O.Box 55126          Boston, MA 02205−5126
12669878     Dalton S. Moore          9241 South Tomahawk Trial          Markleville, IN 46056
12669879     East Washington Gental Dentist          9702 East Washington Street          Suite 200          Indianapolis, IN 46229
12669880     Eastside Endodontics, Inc.          135 North Shortridge Road          Suite B−3          Indianapolis, IN 46219
12669881     First Merchants Bank N          Po Box 792          Muncie, IN 47308
12669882     Hancock Physician Network, LLC          P.O.Box 129          Greenfield, IN 46140
12669883     Hancock Regional Hospital          P.O. Box 20830          Indianapolis, IN 46220−0830
12669885     IMC Credit Services          P.O.Box 20636          Indianapolis, IN 46220−0636
12669884     Imc Credit Services          6955 Hillsdale Ct          Indianapolis, IN 46250
12669886     Indiana Physician Management − Hancock L          4685 Reliable Parkway          Chicago, IL 60686−0046
12669887     Irving Radialogist          7205 Shadeland Station          Suite 150          Indianapolis, IN 46256
12669888     Kenneth James Clark          6432 Parliment Court          Pendleton, IN 46064
12669889     Key Bridge          2348 Baton Rouge          Lima, OH 45805
12669890     Portfolio Recovery Ass          120 Corporate Blvd Ste 1          Norfolk, VA 23502
12669891     Providers Spec Svcs          Po Box 1132          Anderson, IN 46015
12669892     Town of Pendleton          P.O. Box 358          Pendleton, IN 46064
12669893     West End Bank Sb          34 S 7th St          Richmond, IN 47374

TOTAL: 24