```
                          United States Bankruptcy Court
                           Southern District of Indiana
In re:                                                             Case No. 14-00827-JMC
Andrew Michael Duncan                                              Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0756-1          User: jdworkman               Page 1 of 1              Date Rcvd: Mar 12, 2014
                              Form ID: SF07043              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2014.
db            +Andrew Michael Duncan,    1929 Founders Drive,    Greenfield, IN 46140-2924
12669875     ++COLLECTION ASSOCIATES LLC,    PO BOX 349,   GREENSBURG IN 47240-0349
               (address filed with court: Collection Associates,     1809 N Broadway St,    Greensburg, IN 47240)
12669871      +Caleb Seth Scott Ellis,    98 Gregory Drive,    Pendleton, IN 46064-8953
12669872       City of Ingalls Fire Dept.,    P.O. Box 277,    Ingalls, IN 46048-0277
12669873      +Claims Resource Service,    603 Campbell Technology Parkway,    Campbell, CA 95008-5090
12669874      +Cody D. Hurley,    9084 South 760 West,    Pendleton, IN 46064-9795
12669878      +Dalton S. Moore,    9241 South Tomahawk Trial,    Markleville, IN 46056-9797
12669879      +East Washington Gental Dentist,    9702 East Washington Street,    Suite 200,
                Indianapolis, IN 46229-3631
12669880      +Eastside Endodontics, Inc.,    135 North Shortridge Road,    Suite B-3,
                Indianapolis, IN 46219-8905
12669881      +First Merchants Bank N,    Po Box 792,    Muncie, IN 47308-0792
12669882      +Hancock Physician Network, LLC,    P.O.Box 129,    Greenfield, IN 46140-0129
12669883       Hancock Regional Hospital,    P.O. Box 20830,    Indianapolis, IN 46220-0830
12669885       IMC Credit Services,    P.O.Box 20636,    Indianapolis, IN 46220-0636
12669884      +Imc Credit Services,    6955 Hillsdale Ct,    Indianapolis, IN 46250-2054
12669886       Indiana Physician Management - Hancock L,     4685 Reliable Parkway,    Chicago, IL 60686-0046
12669887      +Irving Radialogist,    7205 Shadeland Station,    Suite 150,   Indianapolis, IN 46256-3918
12669888      +Kenneth James Clark,    6432 Parliment Court,    Pendleton, IN 46064-8525
12669891      +Providers Spec Svcs,    Po Box 1132,    Anderson, IN 46015-1132
12669892      +Town of Pendleton,    P.O. Box 358,    Pendleton, IN 46064-0358
12669893      +West End Bank Sb,    34 S 7th St,   Richmond, IN 47374-5424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12669876      +EDI: CONVERGENT.COM Mar 12 2014 23:13:00      Convergent Outsourcing, Inc.,
                10750 Hammerly Blvd #200,   Houston, TX 77043-2317
12669877       EDI: CCS.COM Mar 12 2014 23:13:00      Credit Collection Services,    P.O.Box 55126,
                Boston, MA 02205-5126
12669889      +E-mail/Text: processing@keybridgemed.com Mar 12 2014 23:16:58      Key Bridge,    2348 Baton Rouge,
                Lima, OH 45805-1167
12669890      +EDI: PRA.COM Mar 12 2014 23:13:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4962
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2014 at the address(es) listed below:
              Christopher L. Isom   on behalf of Debtor Andrew Michael Duncan cisom@bdemlawfirm.com,
               ajones@bdemlawfirm.com
              Gregory S. Fehribach    mjurkiewicz@thefehribachgroup.com,
               gf@trustesolutions.com;mbfehribach@thefehribachgroup.com;GF@trustesolutions.net
              U.S. Trustee   ustpregion10.in.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF07043 (rev 10/2013)

In re:

**Andrew Michael Duncan**,            Case No. **14–00827–JMC–7A**
    Debtor(s).

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on March 12, 2014, by Trustee Gregory S. Fehribach.

NOTICE IS GIVEN that all scheduled assets will be abandoned from the estate **except** 2013 Tax Refund. Any objection to the proposed abandonment of property must be filed with the Court by March 26, 2014. Objections should comply with S.D.Ind. B–9013–1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after March 26, 2014.

NOTICE IS FURTHER GIVEN that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by June 12, 2014 in order to share in any distribution from the estate.** Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  March 12, 2014                  Kevin P. Dempsey
                                                Clerk, U.S. Bankruptcy Court