# United States Bankruptcy Court
## Southern District of Indiana

In re  **Andrew Michael Duncan**  
Debtor(s)

Case No.  **14-00827-JMC**  
Chapter  **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:  **Providers Spec Svcs**

Address:  **Po Box 1132**
**Anderson, IN 46015**

**Please be advised that effective March 27, 2014,**
**The Creditor's new mailing address is:**

Name:  **Providers Spec Svcs**

Address:  **920 Meridian Street**
**Anderson, IN 46015**

**/s/ Christopher L. Isom**
**Christopher L. Isom 27175-30**
Authorized Signer/Title

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Andrew Michael Duncan**  
Debtor(s)

Case No.  **14-00827-JMC**  
Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **March 27, 2014**, a copy of Notice of Chapter 7 Bankruptcy Case and Notice of Possible Assets, Abandonment and Last Day to File Claims was served electronically or by regular United States mail to all creditors listed below.

Providers Spec Svcs  
920 Meridian Street  
Anderson, IN 46015

/s/ Christopher L. Isom  
Christopher L. Isom 27175-30  
Brand & Morelock  
6 West South Street  
P.O.Box 6  
Greenfield, IN 46140  
(317) 462-7787 Fax:(317) 462-4535  
ajones@bdemlawfirm.com