## Angie Jones

**From:** Christopher Isom
**Sent:** Wednesday, March 26, 2014 12:22 PM
**To:** Angie Jones
**Subject:** Fwd: U.S. Bankruptcy Court, Southern District of Indiana - Returned Mail Notice, In re: Andrew Michael Duncan, Case Number: 14-00827, JMC, Ref: [p-66694697]
**Attachments:** R_P11400827SF070430033.PDF; ATT00001.htm

Begin forwarded message:

**From:** "USBankruptcyCourts@noticingcenter.com" <USBankruptcyCourts@noticingcenter.com>
**Date:** March 25, 2014 at 2:13:47 PM EDT
**To:** Christopher Isom <cisom@bdemlawfirm.com>
**Subject: U.S. Bankruptcy Court, Southern District of Indiana - Returned Mail Notice, In re: Andrew Michael Duncan, Case Number: 14-00827, JMC, Ref: [p-66694697]**

Notice of Returned Mail to Debtor/Debtor's Attorney

March 25, 2014

From: United States Bankruptcy Court, Southern District of Indiana

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Andrew Michael Duncan, Case Number 14-00827, JMC

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Southern District of Indiana**
**46 E. Ohio St., Rm. 116**
**Indianapolis, IN 46204**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Providers Spec Svcs
Po Box 1132
Anderson, IN 46015-1132

THE UPDATED ADDRESS IS:

_____
_____

_____/s/_____    __3/27/2014_____
Signature of Debtor or Debtor's Attorney         Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

# BRAND & MORELOCK

An Association of Attorneys
(not a partnership)

6 West South Street  
P.O. Box 6  
Greenfield, IN 46140  
317.462.7787  
317.462.4535 (fax)

Gregory A. Brand    Christopher L. Isom  
Gregg H. Morelock    Myron A. Rahn III  
Dean Dobbins*

8023 N. 600 W.  
Suite 101  
McCordsville, IN 46055  
317.335.4LAW  
317.335.4532 (fax)

March 27, 2014

Providers Spec Svcs  
920 Meridian Street  
Anderson, IN 46015

    Re:    Andrew Duncan  
           Case #: 14-00827-JMC-7  
           Acct #: 243402

To Whom It May Concern:

    Enclosed herein please find a copy of the Notice of Chapter 7 Bankruptcy Case, as well as the Notice of Possible Assets, Abandonment, and Last Day to File Claims in the above referenced matter. Please note, the address that was provided on the Client's Credit Report did not match your current mailing address, thus the delay in getting notice to you of our client's filing.

    Should you have any questions please do not hesitate to contact our office.

                              Thank you sincerely,

                              *Angie Jones*  
                              Angie Jones  
                              Legal Assistant to Christopher L. Isom

Enclosures

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case)     Case Number 14-00827-JMC-7

# UNITED STATES BANKRUPTCY COURT
## Southern District of Indiana

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines

A chapter 7 bankruptcy case concerning the debtor listed below was filed on February 13, 2014.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed at http://pacer.insb.uscourts.gov.

**Creditors – Do not include this notice with any document filed with the Court. See Reverse Side for Important Explanations.**

Debtor (name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address):
Andrew Michael Duncan
1929 Founders Drive
Greenfield, IN 46140

| Case Number: | Social Security Number(s): |
|---|---|
| 14-00827-JMC-7 | xxx-xx-8068 |

| Attorney for debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Christopher L. Isom | Gregory S. Fehribach |
| Brand & Morelock | Office of Gregory S. Fehribach |
| 6 West South Street | 50 S Meridian St Ste 700 |
| Greenfield, IN 46140 | Indianapolis, IN 46204-3530 |
| Telephone number: 317-462-7787 | Telephone number: 317-638-2400 |

### Meeting of Creditors
Date: March 11, 2014      Time: 03:30 PM EDT
Location: Rm. 416A U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge or Determine Dischargeability of Debt:**
May 12, 2014

**Deadline to Object to Exemptions:**
The deadline expires 30 days after the *conclusion* of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules unless as otherwise provided under Fed.R.Bankr.P. 1019(2) for converted cases.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| Southern District of Indiana | Clerk of the Bankruptcy Court: |
| 46 E. Ohio St., Rm. 116 | Kevin P. Dempsey |
| Indianapolis, IN 46204 | |
| Telephone number: 317-229-3800 | |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM ET | February 18, 2014 |

UNITED STATES BANKRUPTCY COURT     SF07043 (rev 10/2013)
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

Andrew Michael Duncan,                Case No. 14-00827-JMC-7A
    Debtor(s).

## NOTICE OF POSSIBLE ASSETS, ABANDONMENT, AND LAST DAY TO FILE CLAIMS

A Report of Possible Assets and Abandonment of Property was filed on March 12, 2014, by Trustee Gregory S. Fehribach.

NOTICE IS GIVEN that all scheduled assets will be abandoned from the estate **except** 2013 Tax Refund. Any objection to the proposed abandonment of property must be filed with the Court by March 26, 2014. Objections should comply with S.D.Ind. B-9013-1(d) and must be served on the trustee. If no objections are filed, the abandonment of property becomes effective after March 26, 2014.

NOTICE IS FURTHER GIVEN that assets, not abandoned from the estate, may be used to pay a dividend to creditors. **Creditors must file a claim by June 12, 2014 in order to share in any distribution from the estate.** Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  March 12, 2014               Kevin P. Dempsey
                                     Clerk, U.S. Bankruptcy Court

## Special Services

Write a Review  ☆☆☆☆☆ Not Rated

920 Meridian St, Anderson, IN 46016
**(765) 646-6034** Additional Contacts
(765) 646-6037 Fax

Follow   Like  Sign Up to see what your friends like.

Improve this Listing | Business Owners Update Information

## Business Details

Category (Edit)
Attorneys' Information & Referral
Services



### Are You the Business Owner?

Claim your free business listing on Superpages.com and add important information about your business online. The more reviews and additional information you provide about your business, the easier it will be for customers to find you online.

- Manage your reviews and ratings
- Create coupons
- Connect with customers

Claim My Listing

Data provided by one or more of the following: SuperMedia, Acxiom, Infogrc