# Notice Recipients

District/Off: 0756−1 | User: jdworkman | Date Created: 5/15/2014
Case: 14−00827−JMC−7A | Form ID: b18 | Total: 26

**Recipients of Notice of Electronic Filing:**
tr    Gregory S. Fehribach    mjurkiewicz@thefehribachgroup.com
aty   Christopher L. Isom     cisom@bdemlawfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Andrew Michael Duncan        1929 Founders Drive        Greenfield, IN 46140
12669871   Caleb Seth Scott Ellis       98 Gregory Drive        Pendleton, IN 46064
12669872   City of Ingalls Fire Dept    P.O. Box 277        Ingalls, IN 46048−0277
12669873   Claims Resource Service      603 Campbell Technology Parkway        Campbell, CA 95008−5059
12669874   Cody D. Hurley       9084 South 760 West        Pendleton, IN 46064
12669875   Collection Associates        1809 N Broadway St        Greensburg, IN 47240
12669876   Convergent Outsourcing, Inc.        10750 Hammerly Blvd #200        Houston, TX 77043
12669877   Credit Collection Services        P.O.Box 55126        Boston, MA 02205−5126
12669878   Dalton S. Moore       9241 South Tomahawk Trial        Markleville, IN 46056
12669879   East Washington Gental Dentist        9702 East Washington Street        Suite 200        Indianapolis, IN 46229
12669880   Eastside Endodontics, Inc.        135 North Shortridge Road        Suite B−3        Indianapolis, IN 46219
12669881   First Merchants Bank N        Po Box 792        Muncie, IN 47308
12669882   Hancock Physician Network, LLC        P.O.Box 129        Greenfield, IN 46140
12669883   Hancock Regional Hospital        P.O. Box 20830        Indianapolis, IN 46220−0830
12669885   IMC Credit Services        P.O.Box 20636        Indianapolis, IN 46220−0636
12669884   Imc Credit Services        6955 Hillsdale Ct        Indianapolis, IN 46250
12669886   Indiana Physician Management − Hancock L        4685 Reliable Parkway        Chicago, IL 60686−0046
12669887   Irving Radialogist        7205 Shadeland Station        Suite 150        Indianapolis, IN 46256
12669888   Kenneth James Clark        6432 Parliment Court        Pendleton, IN 46064
12669889   Key Bridge        2348 Baton Rouge        Lima, OH 45805
12669890   Portfolio Recovery Ass        120 Corporate Blvd Ste 1        Norfolk, VA 23502
12669891   Providers Spec Svcs        920 Meridian Street        Anderson, IN 46015
12669892   Town of Pendleton        P.O. Box 358        Pendleton, IN 46064
12669893   West End Bank Sb        34 S 7th St        Richmond, IN 47374

TOTAL: 24