## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 14-00827 | | Trustee Name: | Gregory S. Fehribach |
| Case Name: | DUNCAN, ANDREW MICHAEL | | Date Filed (f) or Converted (c): | 02/13/2014 (f) |
| For the Period Ending: | 09/30/2014 | | §341(a) Meeting Date: | 03/11/2014 |
| | | | Claims Bar Date: | 06/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Debtor's Normal Average Cash On Hand | $20.00 | $0.00 | | $0.00 | FA |
| 2  Debtor's Checking/Savings Acct#: xx6 150 Family Horizons Credit Union 216 West Muskegon Drive Greenfield, IN 46140 | $376.22 | $46.22 | | $0.00 | FA |
| 3  Debtor's Used Household Items, including but not limited to, the following: Bed, Dresser, TV, Night Stand and TV Stand | $60.00 | $0.00 | | $0.00 | FA |
| 4  Debtor's Clothing | $75.00 | $0.00 | | $0.00 | FA |
| 5  Debtor's Used 2003 Chevrolet Silverado 2500 HD Pickup with 183,247 miles, includes: Air conditioning, power windows/locks/seats, stereo/cd, cruise control, tilt wheel, 4x4 and airbags | $13,700.00 | $0.00 | | $0.00 | FA |
| 6  2013 Tax Refund                                                        (u) | $0.00 | $2,000.00 | | $1,004.00 | FA |
| **TOTALS (Excluding unknown value)** | **$14,231.22** | **$2,046.22** | | **$1,004.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

10/17/2014   All assets fully administered. No claims have been filed by creditors. Trustee will send notice of surplus funds to creditors listed on schedule F

03/12/2014   Awaiting receipt of 2013 tax refund

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 02/13/2015 | Current Projected Date Of Final Report (TFR): | /s/ GREGORY S. FEHRIBACH |
| | | | GREGORY S. FEHRIBACH |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 14-00827 | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7409 | Checking Acct #: | ******1912 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2014 | (6) | United States Treasury | 2013 Federal tax refund | 1224-000 | $1,004.00 | | $1,004.00 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $994.00 |

|  |  |  |
|---|---|---|
| TOTALS: | $1,004.00 | $10.00 | $994.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $1,004.00 | $10.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,004.00 | $10.00 | |

| For the period of 10/01/2013 to 09/30/2014 | | For the entire history of the account between 03/31/2014 to 9/30/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,004.00 | Total Compensable Receipts: | $1,004.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,004.00 | Total Comp/Non Comp Receipts: | $1,004.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $10.00 | Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 | Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 14-00827 | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7409 | Checking Acct #: | ******1912 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2013 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/30/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,004.00 | $10.00 | $994.00 |

For the period of 10/01/2013 to 09/30/2014

| Total Compensable Receipts: | $1,004.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,004.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 03/31/2014 to 9/30/2014

| Total Compensable Receipts: | $1,004.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,004.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GREGORY S. FEHRIBACH

GREGORY S. FEHRIBACH