UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF03004 (rev 08/2014)

In re:

**Andrew Michael Duncan**,
            Debtor(s).

Case No. **14–00827–JMC–7A**

## NOTICE OF FILING OF PROOF OF CLAIM ON BEHALF OF CREDITOR

**NOTICE IS GIVEN** that a Proof of Claim was filed pursuant to Fed.R.Bankr.P. 3004 on December 1, 2014, by the Trustee on behalf of creditor Collection Associates.

Collection Associates may file a Proof a Claim pursuant to Fed.R.Bankr.P. 3002 and 3003(c). The filing of this claim will supersede the Proof of Claim previously filed on the creditor's behalf. Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  December 1, 2014

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court