# Notice Recipients

District/Off: 0756–1                    User: nratliff                    Date Created: 12/1/2014
Case: 14–00827–JMC–7A                   Form ID: SF03004                  Total: 4

**Recipients of Notice of Electronic Filing:**
tr        Gregory S. Fehribach        mjurkiewicz@thefehribachgroup.com
aty       Christopher L. Isom         cisom@bdemlawfirm.com

                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Andrew Michael Duncan       1929 Founders Drive       Greenfield, IN 46140
12669875  Collection Associates       1809 N Broadway St        Greensburg, IN 47240

                                                                        TOTAL: 2