United States Bankruptcy Court
Southern District of Indiana

In re:                                                                      Case No. 14-00827-JMC
Andrew Michael Duncan                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1              User: nratliff             Page 1 of 1              Date Rcvd: Dec 01, 2014
                                  Form ID: SF03004           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2014.
db             +Andrew Michael Duncan,    1929 Founders Drive,    Greenfield, IN 46140-2924
12669875      ++COLLECTION ASSOCIATES LLC,    PO BOX 349,    GREENSBURG IN 47240-0349
                (address filed with court: Collection Associates,    1809 N Broadway St,    Greensburg, IN 47240)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2014 at the address(es) listed below:
              Christopher L. Isom    on behalf of Debtor Andrew Michael Duncan cisom@bdemlawfirm.com,
               ajones@bdemlawfirm.com
              Gregory S. Fehribach    mjurkiewicz@thefehribachgroup.com,
               gf@trustesolutions.com;mbfehribach@thefehribachgroup.com;GF@trustesolutions.net
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E. Ohio St., Rm. 116  
Indianapolis, IN 46204

SF03004 (rev 08/2014)

In re:

**Andrew Michael Duncan**,   Case No. **14–00827–JMC–7A**
  Debtor(s).

## NOTICE OF FILING OF PROOF OF CLAIM ON BEHALF OF CREDITOR

**NOTICE IS GIVEN** that a Proof of Claim was filed pursuant to Fed.R.Bankr.P. 3004 on December 1, 2014, by the Trustee on behalf of creditor Collection Associates.

Collection Associates may file a Proof a Claim pursuant to Fed.R.Bankr.P. 3002 and 3003(c). The filing of this claim will supersede the Proof of Claim previously filed on the creditor's behalf. Instructions for obtaining a proof a claim form or filing electronically can be found at http://www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.

Dated:  December 1, 2014          Kevin P. Dempsey  
                                  Clerk, U.S. Bankruptcy Court