UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ANDREW MICHAEL DUNCAN | ) | CASE NO. 14-00827-JMC |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

Gregory S. Fehribach, Trustee, makes application to the Court for the payment of compensation and expenses. In support of this application the Trustee states as follows:

The applicant is the Trustee in the above cause of action and in the administration of the estate has received $1,004.00 and requests that he be allowed the statutory compensation of $251.00 and expenses in the amount of $60.61. (See Exhibit "1")

WHEREFORE, the Trustee respectfully requests the Court to allow the statutory fee of $251.00 and expenses in the amount of $60.61.

/s/ Gregory S. Fehribach
Gregory S. Fehribach, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within pleading has been served this December 23, 2014, by regular United States mail, postage prepaid, or by electronic filing upon the following:

United States Trustee
101 West Ohio Street
Suite 1000
Indianapolis, IN  46204

Christopher L. Isom
Brand & Morelock
6 West South Street
Greenfield, IN46140

/s/ Gregory S. Fehribach
Gregory S. Fehribach, Trustee

EXHIBIT "1"
Trustee's Compensation

Debtor:   ANDREW MICHAEL DUNCAN                                                         Case: 14-00827-JMC

**Computation of Compensation**
Total Disbursements other than to debtor are                                                      $1,004.00

Therefore, pursuant to 11 U.S.C. §326, compensation                                                 $251.00

| | | | |
|---|---:|---|---:|
| Receipts | $1,004.00 | 25% of first 5,000 | $251.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $0.00 | 10% of next 45,000 | $0.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $0.00 | 5% of next 950,000 | $0.00 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

TOTAL REQUESTED COMPENSATION                                                                       $251.00
TOTAL PAID COMPENSATION                                                                              $0.00
TOTAL UNPAID COMPENSATION                                                                          $251.00


TOTAL REQUESTED EXPENSES:  Bond: $10.00,                                                            $60.61
Copies: $30.25,  Postage: $20.36
TOTAL PAID EXPENSES                                                                                  $0.00
TOTAL UNPAID EXPENSES                                                                               $60.61

        The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

        WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $251.00 as compensation and $60.61 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for the sharing compensation received or to be received.

Dated: 12/23/2014                    Signed:    /s/Gregory S. Fehribach
                                                Gregory S. Fehribach, Trustee, #
                                                50 S. Meridian St., #700
                                                Indianapolis, IN 46204
                                                (317) 638-2400
                                                gfehribach@thefehribachgroup.com