SO ORDERED: December 23, 2014.

*James M. Carr*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

DUNCAN, ANDREW MICHAEL            CASE NO. 14-00827-JMC A
              DEBTOR.

### ORDER ON TRUSTEE'S COMPENSATION AND EXPENSES

This matter came before the Court on the Application of the Trustee for Compensation and Expenses.

The Court, being duly advised in the premises and finding that notice having been given to all parties in interest and no objections having been filed, does now GRANT said Application.

IT IS THEREFORE ORDERED that the Trustee, Gregory S. Fehribach, be allowed the statutory fee of $251.00 and expenses in the amount of $60.61.

###