UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | § | Case No. 14-00827-JMC-7 |
|---|---|---|
| | § | |
| ANDREW MICHAEL DUNCAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Gregory S. Fehribach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $13,746.22 | Assets Exempt: | $485.00 |
| Total Distributions to Claimants: | $682.39 | Claims Discharged Without Payment: | $38,362.20 |
| Total Expenses of Administration: | $321.61 | | |

    3)    Total gross receipts of $1,004.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,004.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $18,766.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $321.61 | $321.61 | $321.61 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $33,553.19 | $5,491.40 | $5,491.40 | $682.39 |
| **Total Disbursements** | $52,319.19 | $5,813.01 | $5,813.01 | $1,004.00 |

4). This case was originally filed under chapter 7 on 02/13/2014. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2015   By:   /s/ Gregory S. Fehribach
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2013 Tax Refund | 1224-000 | $1,004.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,004.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Merchants Bank N | 4110-000 | $981.00 | $0.00 | $0.00 | $0.00 |
| | West End Bank Sb | 4110-000 | $17,785.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$18,766.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregory S. Fehribach, Trustee | 2100-000 | NA | $251.00 | $251.00 | $251.00 |
| Gregory S. Fehribach, Trustee | 2200-000 | NA | $60.61 | $60.61 | $60.61 |
| Bank of Texas | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$321.61** | **$321.61** | **$321.61** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Collection Associates | 7200-000 | $0.00 | $5,491.40 | $5,491.40 | $682.39 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Caleb Seth Scott Ellis | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| City of Ingalls Fire Dept | 7100-000 | $929.00 | $0.00 | $0.00 | $0.00 |
| Claims Resource Service | 7100-000 | $4,380.93 | $0.00 | $0.00 | $0.00 |
| Cody D. Hurley | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collection Associates | 7100-000 | $3,321.00 | $0.00 | $0.00 | $0.00 |
| Collection Associates | 7100-000 | $980.00 | $0.00 | $0.00 | $0.00 |
| Collection Associates | 7100-000 | $766.00 | $0.00 | $0.00 | $0.00 |
| Collection Associates | 7100-000 | $371.00 | $0.00 | $0.00 | $0.00 |
| Convergent Outsourcing, Inc. | 7100-000 | $754.25 | $0.00 | $0.00 | $0.00 |
| Credit Collection Services | 7100-000 | $25.84 | $0.00 | $0.00 | $0.00 |
| Dalton S. Moore | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| East Washington Gental Dentist | 7100-000 | $101.00 | $0.00 | $0.00 | $0.00 |
| Eastside Endodontics, Inc. | 7100-000 | $653.00 | $0.00 | $0.00 | $0.00 |
| Hancock Physician Network, LLC | 7100-000 | $148.80 | $0.00 | $0.00 | $0.00 |
| Hancock Regional Hospital | 7100-000 | $13,001.37 | $0.00 | $0.00 | $0.00 |
| Imc Credit Services | 7100-000 | $1,977.00 | $0.00 | $0.00 | $0.00 |
| Imc Credit Services | 7100-000 | $762.00 | $0.00 | $0.00 | $0.00 |
| Imc Credit Services | 7100-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| Imc Credit Services | 7100-000 | $157.00 | $0.00 | $0.00 | $0.00 |
| Indiana Physician Management - | 7100-000 | $1,997.00 | $0.00 | $0.00 | $0.00 |
| Irving Radialogist | 7100-000 | $415.00 | $0.00 | $0.00 | $0.00 |
| Kenneth James Clark | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Key Bridge | 7100-000 | $123.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Ass | 7100-000 | $1,291.00 | $0.00 | $0.00 | $0.00 |
| Providers Spec Svcs | 7100-000 | $724.00 | $0.00 | $0.00 | $0.00 |
| Town of Pendleton | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $33,553.19 | $5,491.40 | $5,491.40 | $682.39 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 14-00827-JMC | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | Date Filed (f) or Converted (c): | 02/13/2014 (f) |
| For the Period Ending: | 2/11/2015 | §341(a) Meeting Date: | 03/11/2014 |
| | | Claims Bar Date: | 06/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Debtor's Normal Average Cash On Hand | $20.00 | $0.00 | | $0.00 | FA |
| 2 | Debtor's Checking/Savings Acct#: xx6 150 Family Horizons Credit Union 216 West Muskegon Drive Greenfield, IN 46140 | $376.22 | $46.22 | | $0.00 | FA |
| 3 | Debtor's Used Household Items, including but not limited to, the following: Bed, Dresser, TV, Night Stand and TV Stand | $60.00 | $0.00 | | $0.00 | FA |
| 4 | Debtor's Clothing | $75.00 | $0.00 | | $0.00 | FA |
| 5 | Debtor's Used 2003 Chevrolet Silverado 2500 HD Pickup with 183,247 miles, includes: Air conditioning, power windows/locks/seats, stereo/cd, cruise control, tilt wheel, 4x4 and airbags | $13,700.00 | $0.00 | | $0.00 | FA |
| 6 | 2013 Tax Refund                                      (u) | $0.00 | $2,000.00 | | $1,004.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**
$14,231.22     $2,046.22     $1,004.00     $0.00

**Major Activities affecting case closing:**
All assets fully administered. No claims have been filed by creditors. Trustee will send notice of surplus funds to creditors listed on schedule F
Awaiting receipt of 2013 tax refund

Initial Projected Date Of Final Report (TFR):    02/13/2015         Current Projected Date Of Final Report (TFR):         /s/ GREGORY S. FEHRIBACH
                                                                                                                                                                    GREGORY S. FEHRIBACH

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | |
|---|---|---|---|
| **Case No.** | 14-00827-JMC | **Trustee Name:** | Gregory S. Fehribach |
| **Case Name:** | DUNCAN, ANDREW MICHAEL | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***7409 | **Checking Acct #:** | ******1912 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 2/13/2014 | **Blanket bond (per case limit):** | $1.00 |
| **For Period Ending:** | 2/11/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/31/2014 | (6) | United States Treasury | 2013 Federal tax refund | 1224-000 | $1,004.00 | | $1,004.00 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $994.00 |
| 01/05/2015 | 3001 | Gregory S. Fehribach | Trustee Compensation | 2100-000 | | $251.00 | $743.00 |
| 01/05/2015 | 3002 | Gregory S. Fehribach | Trustee Expenses | 2200-000 | | $60.61 | $682.39 |
| 01/05/2015 | 3003 | Collection Associates | Distribution on Claim #: 1; | 7200-000 | | $682.39 | $0.00 |

| | | |
|---|---|---|
| **TOTALS:** | $1,004.00 | $1,004.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $1,004.00 | $1,004.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $1,004.00 | $1,004.00 | |

**For the period of 2/13/2014 to 2/11/2015**

| | |
|---|---|
| Total Compensable Receipts: | $1,004.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,004.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,004.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,004.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/31/2014 to 2/11/2015**

| | |
|---|---|
| Total Compensable Receipts: | $1,004.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,004.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,004.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,004.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-00827-JMC | Trustee Name: | Gregory S. Fehribach |
|---|---|---|---|
| Case Name: | DUNCAN, ANDREW MICHAEL | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***7409 | Checking Acct #: | ******1912 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/13/2014 | Blanket bond (per case limit): | $1.00 |
| For Period Ending: | 2/11/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,004.00 | $1,004.00 | $0.00 |

| **For the period of 2/13/2014 to 2/11/2015** | | **For the entire history of the case between 02/13/2014 to 2/11/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,004.00 | Total Compensable Receipts: | $1,004.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,004.00 | Total Comp/Non Comp Receipts: | $1,004.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,004.00 | Total Compensable Disbursements: | $1,004.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,004.00 | Total Comp/Non Comp Disbursements: | $1,004.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |